UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x CASE NO.: 1-18-42536

In re:
JACK LEHMAN and
NORMA J. ROSARIO

STATEMENT PURSUANT
TO LOCAL RULE 2017-1

Debtor.
-------------------------------------------------------------------- X

I, ANDREW PAPPAS, an attorney admitted to practice in the United States District Court, Eastern District of New York sates the following:

1. I am the attorney for the above-captioned Debtor and am fully familiar with the facts herein.

2. That prior to the filing of the Petition herein, I rendered the following service to the above-named Debtor:

   a) March 9, 2018, initial interview, analysis, 1.5 hours;
   b) April 3, 2018, preparation of Petition and all Schedules in draft, 2.5 hours;
   c) April 9, 2018, typing by secretary of all Petitions and Schedules, 2 hours;
   d) April 12, 2018, reviewed all Petition Schedules with Petitioner, 1.5 hours;
   e) April 23, 2018 , reviewed corrected Schedules with Petitioner and same were executed, 1.5 hours;
   f) Anticipated time in Court.

3. I will represent the Debtor at the first meeting of creditors.

4. All services rendered prior to the filing of the Petition herein were rendered by my office.

5. That my usual rate of compensation of a bankruptcy matter of this type is $300.00 per hour and secretarial time is $100.00 per hour.

Dated:   Staten Island, New York
         May 1, 2018

*[signature]*
ANDREW PAPPAS (AP 6112)